UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-50688 |
| | ) | |
| Geoffrey Harry Zakarian | ) | Chapter 7 |
| | ) | |
| Debtor | ) | April 7, 2011 |

**MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULES**

Pursuant to Bankruptcy Rule 1007 and/or 3015(b), Debtor moves the Court for an extension of time to file his schedules to May 6, 2011 for the following reasons:

1. The Debtor filed his petition on April 6, 2011.

2. The Section 341 meeting is now scheduled for May 11, 2011.

3. As there are complex lawsuits against the Debtor and other related parties involving a lot of creditors, it will take additional time for him to gather information and complete the schedules and review them with counsel.

4. This is Debtor's first motion for an extension of time.

                                The Debtor

                                By:_____/s/_____
                                Ira B. Charmoy (ct07345)
                                Zeldes Needle & Cooper, P.C.
                                1000 Lafayette Boulevard
                                P.O. Box 1740
                                Bridgeport, CT 06601-1740
                                Tel: 203-333-9441
                                Fax: 203-333-1489
                                Email: icharmoy@znclaw.com