Form 521antcorder

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Geoffrey Harry Zakarian
      Debtor(s)

Case No.: 11–50688

Chapter: 7

## NOTICE OF DEFICIENCY AND NOTICE OF FINAL HEARING

**1. PLEASE TAKE NOTICE THAT YOUR BANKRUPTCY CASE MAY BE DISMISSED** or other adverse action may be taken because of your failure to file all required documents with your bankruptcy petition.

**MISSING DOCUMENTS:**

Aty Discl Stmt 2016(b) due 04/20/2011
Schedules A–J due 04/20/2011
Statement of Intent due 04/20/2011
Debtors Declaration Page due 04/20/2011
Summary of Schedules due 04/20/2011
Stmt. of Fin. Affairs due 04/20/2011
Statistical Summ of Schedules due 04/20/2011

## FINAL HEARING NOTICE

**THE COURT HAS SCHEDULED A HEARING ON <u>5/23/11 at 10:00 AM at the U.S. Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, Connecticut 06604</u>** to consider dismissal of your case. If you do not appear at the hearing and/or your documents are not filed on or before the hearing date, your case will be dismissed.

Dated: 4/19/11

_____
**Alan H.W. Shiff**
**United States Bankruptcy Judge**